IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex rel. ESTATE OF ROBYN TURNER                                          PLAINTIFFS

v.                              CIVIL ACTION NO. 1:18-CV-338-HSO-JCG

THE GARDENS PHARMACY, LLC, et al.                                       DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court *sua sponte*. In light of the Court's Order granting the Motion to Stay, the Court finds that this case should be administratively closed, as there appears to be no reason at this time to maintain the file as an open one for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this matter. Should further proceedings become necessary or desirable, any party may move to reopen the case when the criminal investigation and the related criminal proceedings, if any, against Albert Tsang and Brian Tsang are concluded.

**IT IS, THEREFORE, ORDERED** that this case is administratively closed for statistical purposes.

**SO ORDERED**, this the 22nd day of May, 2020.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE