IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel. ROBYN TURNER | **PLAINTIFF** |
| V. | CAUSE NO. 1:18-CV-338-HSO-JCG |
| **THE GARDENS PHARMACY, LLC DR. BRIAN TSANG, and ALBERT TSANG** | **DEFENDANT** |

## ORDER LIFTING STAY

Based upon the notification to the parties by the United States Attorney's Office that no criminal charges will be pursued against Albert Tsang and Brian Tsang due to the expiration of the statute of limitations, the stay in this case is lifted.

**SO ORDERED**, this the 14th day of June, 2021.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE